MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
W.S. WILSON LEUNG  (CABN 190939)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6758
   Fax: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-0942-WHA |
| v. | |
| | STIPULATION AND [~~PROPOSED~~] ORDER |
| TYLER MCCLURE, | |
|     Defendant. | |

The parties respectfully submit this Stipulation and Proposed Order to request that the May 21, 2013 sentencing in above-captioned matter be continued for one week, until May 28, 2013 at 2 pm, if the Court is amenable.  The parties hereby stipulate to the following:

1. The defendant pleaded guilty without any sort of agreement with the Government to one count of conspiring to operate a place for the manufacture of marijuana, in violation of Title 21, United States Code, Section 846.

2. The parties have a dispute regarding the quantity of marijuana that should be attributed to the defendant.

3. Accordingly, the parties respectfully seek an additional week in order to confer further regarding their dispute and, if no resolution is reached, to prepare their respective sentencing memoranda to the Court.

SO STIPULATED.

                                    MELINDA HAAG
                                    United States Attorney

Dated: May 13, 2013             By:   /s/
                                    W.S. WILSON LEUNG
                                    Assistant United States Attorney

Dated: May 13, 2013                   /s/
                                    K.C. MAXWELL, ESQ.
                                    Attorney for Defendant Tyler McClure

SO ORDERED.

Dated: May 14, 2013

                                    HON. WILLIAM ALSUP
                                    United States District Judge