IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

TYLER McCLURE,

    Defendant.

No. CR 11-00942 WHA

**ORDER RE DEFENDANT'S MOTION TO STRIKE OR TO COMPEL**

    The hearing scheduled for tomorrow will go forward as scheduled, without prejudice to the possibility that, after hearing the evidence, the Court may grant a short continuance to allow defense counsel to regroup.

**IT IS SO ORDERED.**

Dated: June 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE